PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Andrew Knights                                    Cr.: 17-00199-001
                                                                    PACTS #: 2872113

Name of Sentencing Judicial Officer:    THE HONORABLE MADELINE COX ARLEO
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/05/2017

Original Offense:   Count 1: Conspiracy To Embezzle, Steal, Convert and Dispose of Blank USPS Money
                    Orders, U.S.C. 18:371

Original Sentence: 20 months imprisonment, 36 months supervised release

Special Conditions: Substance Abuse and Alcohol Testing/Treatment, Financial Disclosure, Life Skills Counseling, Educational Services, No New Debt/Credit, Motor Vehicle Compliance, Support Dependents, and Restitution of $132,245.58 to be paid at a rate of $200 monthly.

Type of Supervision: Supervised Release             Date Supervision Commenced: May 1, 2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the mandatory supervision condition which states
                    'You must refrain from any unlawful use of a controlled substance. You
                    must submit to one drug test within 15 days of release from imprisonment
                    and at least two periodic drug tests thereafter, as determined by the Court.'

                    On May 2, 2019, Knights submitted a urine specimen which was positive for
                    Ethanol. On May 30, 2019, prior to being tested, Knight's admitted to using
                    marijuana on May 27, 2019.

U.S. Probation Officer Action:

The probation office in the Eastern District of New York is respectfully requesting that the Court take no action at this time. Knight's was enrolled into a random urine testing (RUT) program and was referred to a substance abuse treatment program to address the above non-compliance.

                                                    Respectfully submitted,
                                                    *Shannan P. DaSilva/jj*
                                                    By: Shannan P. DaSilva
                                                    United States Probation Officer
                                                    Date: 06/18/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Eastern District of New York Probation Office).

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
Date